# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL EARL IVORY, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | CA 11-0135-KD-C |
| GOVERNOR ROBERT BENTLEY, et al., | : | |
| | : | |
| Defendants. | | |

## **ORDER**

The named defendants have filed a document entitled conflict disclosure statement (Doc. 18) in accordance with Local Rule 3.4. The undersigned would simply note that the filing of this statement was unnecessary since the named defendants are not a corporation, association, joint venture, partnership, syndicate, or other similar entity (*compare id.* at 1 (defendants' Bentley, Thomas, and Strange identify themselves as individuals and/or government entities) *with* SD ALA LR 3.4(a) ("A corporation, association, joint venture, partnership, syndicate, or other similar entity appearing as a party or amicus in any proceeding shall file a Disclosure Statement, at the time of the filing of the initial pleading, or other court paper on behalf of that party or as otherwise ordered by the court, identifying all parent companies, subsidiaries, and affiliates that

have issued shares or debt securities to the public.")).

**DONE** and **ORDERED** this the 2nd day of June, 2011.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**