**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL EARL IVORY, # 116717, and** | | |
| **CEDRIC LAVELLE PHILLIPS, #169252,** | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION 11-00135-KD-C |
| **JAMES MULLINS, ROBERT BENTLEY, KIM THOMAS, and LUTHER STRANGE,** | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 4, 2011, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this the **25th** day of **August 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**